ORDER ENTERED ON 7-22-02
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MICHAEL L. METTER, | : | Bankruptcy Case No. 01-50506 |
| Debtor. | : | |
| RICHARD M. COAN, TRUSTEE, | : | |
| Plaintiff, | : | Adversary Proceeding No. 02-05003 |
| V. | : | Trial: 12/18/02 at 10:00 am |
| DEBORAH METTER, | : | |
| Defendant. | : | July 10, 2002 |

**FIRST AMENDED PRETRIAL ORDER**

APPEARANCES:

Timothy D. Miltenberger Esq.           Attorney for Plaintiff

Byron P. Yost, Esq.                    Attorney for Defendant

---

1. **PROCEDURE**

    It is determined, pursuant to 28 U.S.C. §157(b)(3), that the above captioned proceeding is a [check one]

    _X_ core proceeding, see 28 U.S.C. §157(b)(2), 11 U.S.C. §544(b)(1).

    ____ proceeding related to a case under Title 11 as to which the parties have consented to the entry of appropriate orders and judgments by a bankruptcy judge, see 28 U.S.C. §157(c)(2):

2. **PLEADINGS**

    a) Answer or Response Date: April 16, 2002

    b) Other - NONE

3. **DISCOVERY**

1

#11

a) Unless otherwise ordered, all discovery shall be completed and closed by the 15th day of September, 2002, which date shall be no later than 90 days from the date the pleadings scheduled in paragraph two are closed ("Discovery Bar Date").

4. **TRIAL MEMORANDA**

Unless ordered by the Court, no pretrial or post trial memoranda shall be filed.

All memoranda ordered by the Court shall be no longer than ten pages (double spaced on 8½ X by 11" paper with 12 pt. font) and shall be exchanged, filed, and a copy delivered to chambers no later than the date ordered. A Certificate of Service shall be filed with each memorandum.

5. **WITNESSES AND EXHIBITS**

A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged, filed, and delivered to chambers no later than 5 days after the Discovery Bar Date. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, plaintiff's exhibits shall be marked alphabetically, and defendant's exhibits shall be marked numerically. A party may not call a witness who is not on that party's list of witnesses. No exhibits shall be admitted into evidence unless there has been compliance with this paragraph. No expert witness may testify unless a detailed, signed statement of that expert's opinion has been exchanged, filed, and delivered to chambers no later than 5 days after the Discovery Bar Date.

The filing of lists of witnesses and exhibits and experts' reports in compliance with this paragraph shall be accompanied by a certification of service.

6. **TRIAL CONFIRMATION**

The plaintiff shall ascertain whether it is likely that the trial will proceed as scheduled and shall report that information to the judge's chambers the Friday before the trial date.

7. **SETTLEMENT CONFERENCE**

If appropriate, the Court shall conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel shall attend fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

8. **BENCH COPIES OF EXHIBITS**

At the commencement of the trial, each party shall deliver to the Court <u>three</u> copies of each exhibit exchanged pursuant to paragraph 5.

9. **SANCTIONS**

Failure to comply with any provision of this Order may result in the dismissal of the adversary proceeding, the entry of a default, or the imposition of sanctions or other appropriate relief.

**CONSENT**

for the plaintiff

_____ , July _10_ , 2002.
Timothy D. Miltenberger

for the defendant

_____ , July ___, 2002.
Byron P. Yost

Dated: 7\19\02

_____
Alan H.W. Shiff
Chief United States Bankruptcy Judge

4

9. **SANCTIONS**

Failure to comply with any provision of this Order may result in the dismissal of the adversary proceeding, the entry of a default, or the imposition of sanctions or other appropriate relief.

**CONSENT**

for the plaintiff

_____ , July ___, 2002.
Timothy D. Miltenberger

for the defendant

_____ , July 10, 2002.
Byron P. Yost   CT08180

Dated:

Alan H.W. Shiff
Chief United States Bankruptcy Judge

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In Re:   Richard M. Coan v. Deborah Metter

Case No: 1 - 50506
Adversary No: 02 - 05003

## CERTIFICATE OF MAILING

The undersigned Clerk in the Office of the United States Bankruptcy Court hereby certifies that a copy of the document attached hereto was mailed this date to:

Timothy D. Miltenberger  Coan Lewendon Gulliver & Miltenberger LL
495 Orange Street
New Haven, CT 06511, Plaintiff's Attorney

Byron Paul Yost  25 Ford Road
Westport, CT 06880, Defendant's Attorney

Office of the United States Trustee
Copy of Order placed in court mailbox


Dated:  07/22/02              By:  sr