## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) Chapter 7 |
| MICHAEL METTER | ) Case No. 01-50506 (AHWS) |
| Debtor. | ) |
| RICHARD M. COAN, TRUSTEE, | ) Adversary Proceeding No. 02-5003 |
| Plaintiff, | ) |
| V. | ) |
| DEBORAH METTER | ) [6 #5] |
| Defendant. | ) |

### ORDER

Upon the motion of Richard M. Coan, Trustee of the Bankruptcy Estate of Michael Metter, for authority to compromise and settle controversy with Deborah Metter, after due notice and an opportunity for a hearing, the Court having reviewed the record in this proceeding, and it appearing that the motion of the trustee ought to be granted, it is hereby

ORDERED, that the motion is granted and the trustee is hereby authorized to settle the controversy with Deborah Metter by accepting $150,000.00 in full satisfaction of all claims that the trustee or the bankruptcy estate has or may have against Deborah Metter, and it is further



ORDERED, the trustee is further authorized to take such action as is necessary and appropriate to carry out the settlement, including providing a general release of all claims to Deborah Metter, and dismissing any adversary proceeding asserting such claims, and releasing any interest the trustee may claim or may have claimed on the land records of the Town of Greenwich.

Dated at Bridgeport, Connecticut, this  6  day of  April , 2004.

_____
Alan H.W. Shiff
United States Bankruptcy Judge